# United States Court of Appeals
## For the First Circuit

No. 18-1436

SONIA E. FIGUEROA-CARRASQUILLO; LUIS J. TORRES-RAMIREZ

Plaintiffs - Appellants

v.

DROGUERIA CENTRAL, INC.; AXISCARE HEALTH LOGISTIC, INC.; CARDINAL HEALTH P.R. 120, INC.

Defendants - Appellees

**JUDGMENT**

Entered: November 16, 2018
Pursuant to 1st Cir. R. 27.0(d)

Plaintiffs-appellants Sonia E. Figueroa-Carrasquillo and Luis J. Torres-Ramirez have filed an unopposed motion to dismiss. Upon consideration, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anibal Escanellas-Rivera
Carl E. Schuster
Ana Beatriz Rosado-Frontanes